### FULTON v FERGUSON

Ohio Appeals, 6th Dist, Wood Co

No 530. Decided Dec 19, 1932

J. E. Kelly, Bowling Green, Lelan S. Middleton and Wm. Dunipace, Bowling Green, for plaintiff in error.

Benjamin F. James, Bowling Green, for defendant in error.

RICHARDS, J.

Following the statutory requirement, the pleading must be liberally construed, and so construed it states a good cause of action.

It will be observed from the averments of the pleading that the claimant has not mingled any other money with the deposit which he made of the proceeds of his bonus certificate, and that the same was not deposited in a savings department of the bank nor on interest. The identity of the fund has thus been preserved and the claim is entitled to preference under the Federal statute. The judgment allowing the preference must be affirmed on authority of **Ramisch v Fulton, etc., 41 Oh Ap, 443, (11 Abs 346).**

Judgment affirmed.

WILLIAMS, J, concurs.